The Sullivan County Trust Company, Respondent, v. Reginald F. Hammond, Appellant.— Settled.

William D. Morey, Appellant, v. Frederick B. Wells, Respondent.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

George S. Stead, Respondent, v. Cora K. Boyce, Appellant.— Judgment and order unanimously affirmed, with costs, on the ground that the appellant was not aggrieved by the adoption of an erroneous measure of damages. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

Anthony Velosi, Respondent, v. Howard Gardner, Appellant.— Order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

Daniel Harte, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Application for the Appointment of a Guardian of Marion E. Redfield, an Infant.— Decree reversed on the law, without costs, on the ground that no sufficient reason appears indicating that the mother is unfit to be appointed the guardian of the person of her child, and on the authority of section 81 of the Domestic Relations Law* (People ex rel. DeLancy v. Mount St. Joseph's Academy, 198 App. Div. 75); motion for reargument denied (Id. 280; affd., 234 N. Y. 565; People ex rel. Beaudoin v. Beaudoin, 126 App. Div. 505; affd., 193 N. Y. 611); and the matter is remitted to the Surrogate's Court of Chenango county with directions to enter a decree appointing Margaret Redfield guardian of the person of said infant. Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

Frank J. Alibozek, Respondent, v. James Stephens, Doing Business as " James Stephens & Son," and Others, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Probate of the Last Will and Testament of Alice Pettit Johnson Putnam, Deceased. Samuel St. John, Contestant, Appellant.— Decree and order unanimously affirmed, with costs against the appellant, Samuel St. John. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

George F. Miller, Respondent, v. Charles Smith, Appellant.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Application of John D. Keeler and Another to Vacate and Cancel of Record a Notice of Lien Filed by Ernest F. Carlson Co. in the Office of the Clerk of the County of Albany, July 22, 1927.— Motion granted, with ten dollars costs, unless the appellant perfects its appeal by February 15, 1928, and pays said costs, in which event motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

* Amd. by Laws of 1925, chap. 67.— [Rep.